## AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-01409-CFC | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>6205371 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>L2 MOBILE TECHNOLOGIES, LLC | | Defendant / Respondent:<br>FORD MOTOR COMPANY | |
| Received by:<br>DLS Discovery | | For:<br>Bayard Firm | |
| To be served upon:<br>FORD MOTOR COMPANY c/o The Corporation Trust Company | | | |

I, Ian Platz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Patrick Duffy, 1209 N Orange St, Wilmington, DE 19801
**Manner of Service:** Registered Agent, Oct 7, 2021, 10:29 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 7, 2021, 10:29 am EDT at 1209 N Orange St, Wilmington, DE 19801 received by Patrick Duffy.

_____     October 7, 2021
Ian Platz                                               Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801

Subscribed and sworn to before me by the affiant who is personally known to me,

_____
Notary Public

_____
Date                    Commission Expires

JEFFREY A. LOW
MY COMMISSION EXPIRES JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE