

| | |
|---|---:|
| 600 N. King Street • Suite 400 | RONALD P. GOLDEN III |
| P.O. Box 25130 • Wilmington, DE 19899 | 302-429-4238 |
| Zip Code For Deliveries 19801 | rgolden@bayardlaw.com |

December 27, 2021

***VIA ELECTRONIC FILING***

The Honorable Chief Judge Colm F. Connolly
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

Re: *L2 Mobile Technologies v. Ford Motor Company*, C.A. No. 1:21-CV-01409-CFC

Dear Chief Judge Connolly:

Pursuant to the Court's December 27, 2021 Oral Order, L2 Mobile Technologies submits this letter to advise the Court that the parties in the above noted case consent to a Magistrate Judge, and submitted the attached A085 Notice Consent, and Reference of a Civil Case to a Magistrate Judge to the Clerk's Office on Wednesday, December 22, 2021.  (*See* Ex. A)

Should the Court have any comments, questions, or concerns, L2 Mobile Technologies is available at the Court's convenience.

Respectfully submitted,

*/s/ Ronald P. Golden III*

Ronald P. Golden III (#6254)

cc: All counsel of record (by e-mail)