

Cortlan S. Hitch
302.888.6988
chitch@morrisjames.com

December 27, 2021

**VIA EFILING and HAND DELIVERY**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      **RE:**   *L2 Mobile Technologies LLC v. Ford Motor Company*
              C.A. No. 21-1409-CFC

Dear Chief Judge Connolly:

    Ford Motor Company ("FMC") writes this letter in response to Your Honor's December 27, 2021 Oral Order. The parties in the above action consent to a Magistrate conducting all proceedings in this case. Counsel for Plaintiff L2 Mobile Technologies LLC submitted the executed AO85 Form to the Court on December 22, 2021. (D.I. 13)

    Should Your Honor have any questions or concerns regarding the foregoing, counsel for FMC is available at the Court's convenience.

                                          Respectfully,

                                          */s/ Cortlan S. Hitch*

                                          Cortlan S. Hitch (#6720)
                                          chitch@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)